**Rashad MILLER, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

**No. 182, 2015**

Supreme Court of Delaware.

Submitted: June 18, 2015
Decided: August 18, 2015

Court Below—Superior Court of the State of Delaware, in and for Kent County, Cr. ID 1312002214

AFFIRMED.

**In the MATTER OF a Member of the Bar of the Supreme Court of the State of Delaware: Jeffrey P. WASSER-MAN, Petitioner.**

**No. 443, 2015**

Supreme Court of Delaware.

Submitted: August 18, 2015
Decided: August 19, 2015

Transferred.

**Jerri GREEN, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 411, 2015**

Supreme Court of Delaware.

Submitted: August 17, 2015
Decided: August 19, 2015

Court Below—Superior Court of the State of Delaware, in and for Kent County Cr. ID 1304014924

DISMISSED.

**Fred T. CALDWELL, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

**No. 152, 2015**

Supreme Court of Delaware.

Submitted: June 18, 2015
Decided: August 19, 2015

Court Below–Superior Court of the State of Delaware, in and for Kent County, Cr. ID 0207018104B

AFFIRMED.